

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00145-CV

In re Steven Ray DeLaCruz § From the 415th District Court

§ of Parker County (CR-04-0080-415)

§ April 30, 2013

§ Per Curiam

## JUDGMENT

This court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM